# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| David Mendum | ) | Case No. |
| | ) | 24- mj-289-01-TSM |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 28, 2020** in the county of **Rockingham** in the
_____ District of **New Hampshire**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251(a), (c), & (e) | Production and attempted production of child pornography |
| 18 USC 2422(b) | Coercion/enticement & attempted coercion/enticement of a minor |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Derek Dunn
*Complainant's signature*

SA Derek Dunn, Homeland Security Investigations
*Printed name and title*

**Telephonic Conference**
Sworn to before ~~me and signed in my presence~~.

Date: 11/07/2024

*Judge's signature*

City and state: Concord, NH

Hon. Talesha Saint-Marc, U.S. Magistrate Judge
*Printed name and title*

Print    Save As...    Attach    Reset